# United States Bankruptcy Court
## District of Nevada

Case No. **10–34070–mkn**

**Chapter 7**

In re: (Name of Debtor)
    WILLIAM J MOLLOY
    7401 W WASHINGTON AVE APT 2060
    LAS VEGAS, NV 89128

Social Security No.:
    xxx–xx–9162

## ORDER DETERMINING DEBTOR COMPLIANCE WITH FILING REQUIREMENTS OF 11 U.S.C. § 521(a)(1)

Pursuant to 11 U.S.C. § 521(i), if an individual debtor in a voluntary case under Chapter 7 or Chapter 13 fails to file all of the information required under 11 U.S.C. § 521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition. The Court has reviewed the file in this case and has determined that the debtor (see note below) has complied with the information filing requirement of 11 U.S.C. § 521(a)(1) and Local Rule 4002.1. Accordingly, it is

ORDERED:

1. This case is not subject to automatic dismissal under 11 U.S.C. § 521(i)(1) or (2).

2. If any party in interest has any reason to contest the Court's finding that the debtor has filed all information required by 11 U.S.C. § 521(a)(1), that party shall:

    (a) File a Motion for Reconsideration not later than **10** days from the date of the entry of this order. The motion should specifically identify the information and document(s) required by 11 U.S.C. § 521(a)(1) that the debtor has failed to file.

    (b) Comply with the provisions of LR 9014 and obtain a hearing date and time.

    (c) Serve such motion and notice of hearing on the trustee, debtor and debtor's counsel, if any;

and

    (d) File a Certificate of Service of the motion and notice of hearing within two business days of filing the motion.

Dated: 12/30/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

Note: All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.